**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 356 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| COREY LOMAX, PETITONER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.